# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Monta Joe Evans,<br><br>    Petitioner,<br><br>v.<br><br>Charles Ryan, et al.,<br><br>    Respondents. | No. CV-16-08067-PHX-DLR<br><br>**ORDER** |

  Before the Court is the Report and Recommendation (R&R) of Magistrate Judge Bridget S. Bade, (Doc. 16), regarding Petitioner's Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254, (Doc. 1). The R&R recommends that the petition be denied and dismissed with prejudice. The Magistrate Judge advised the parties that they had fourteen days to file objections to the R&R. (Doc. 16 at 4 (citing 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6, 72).) Petitioner filed his Objection to Report and Recommendation on June 24, 2016. (Doc. 17.)

  The Court has considered the objections and reviewed the R&R de novo. *See* Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1) (stating that the court must make a de novo determination of those portions of the R&R to which specific objections are made). The Court agrees with the Magistrate Judge's determinations, accepts the recommended decision within the meaning of Rule 72(b), and overrules Petitioner's objections. *See* 28 U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate"). Petitioner has

failed to show that the state court has refused, or will refuse to rule on his Rule 32, Petition for Post-Conviction Relief, should he file one. Petitioner has failed to show any factual or legal basis that failure to review his writ of habeas corpus will result in a fundamental miscarriage of justice. Petitioner has failed to establish that he is entitled to the appointment of counsel.

**IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, (Doc.16), is **ACCEPTED**. Having considered the issuance of a Certificate of Appealability from the order denying Petitioner's Petition for a Writ of Habeas Corpus, a Certificate of Appealability and leave to proceed in forma pauperis on appeal are **DENIED**. The Clerk of the Court shall enter judgment denying and dismissing Petitioner's Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254, (Doc. 1), with prejudice, and shall terminate this action.

Dated this 12th day of August, 2016.

Douglas L. Rayes
United States District Judge